UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cv-00160

———

**Sofia Ramirez,**
*Plaintiff,*

v.

**Bosch Rexroth Corp. et al.,**
*Defendant.*

———

# ORDER

Before the court is plaintiff's motion to dismiss all defendants from this action under Federal Rule of Civil Procedure 41(a)(2). Doc. 30. Finding the terms of dismissal proper, the court grants the motion. All other pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on July 10, 2023.*

J. CAMPBELL BARKER
United States District Judge